FILED
U.S. DISTRICT COURT

2011 APR -5 A 10: 16

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF

CENTRAL DIVISION

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br><br>Wise Financial Holdings.,<br>Defendants. | MEMORANDUM DECISION AND ORDER DIRECTING WISE FINANCIAL HOLDINGS TO APPOINT COUNSEL AND LODGING ANSWER<br><br><br><br>Case No. 2:11-cv-00021-BSJ |

The Court notes that a(n) Answer has been filed on behalf of Wise Financial Holdings, a Corporation by an individual who does not appear to be a licenced attorney. Wise Financial Holdings purports to represent itself *pro se* by way of Raymond P. Morris. The Court notes that it has long been the law in the Tenth Circuit "that a corporation can appear in a court of record only by an attorney at law."[1] A corporation may not appear "through a non-attorney corporate officer appearing *pro se*."[2] Since Wise Financial Holdings is a Corporation, it must be

---

[1] *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).

[2] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001).

1

represented in this Court by an attorney at law. Raymond P. Morris is not a licensed attorney, therefore he may not represent Wise Financial Holdings in this case.

It is therefore

ORDERED that Wise Financial Holdings appoint counsel to represent it in this matter within thirty (30) days of the issuance of this Order. It is further

ORDERED that Wise Financial Holdings's Answer (24) is Lodged.

DATED April 5, 2011.

BY THE COURT:

Bruce S. Jenkins
United States District Judge