FILED
U.S. DISTRICT COURT
2011 APR -5 A 10: 16
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>vs.<br><br>E&R Holdings.,<br>Defendants. | MEMORANDUM DECISION AND ORDER DIRECTING E&R HOLDINGS TO APPOINT COUNSEL AND LODGING ANSWER<br><br>Case No. 2:11-cv-00021-BSJ |

The Court notes that a(n) Answer has been filed on behalf of E&R Holdings, a Corporation by an individual who does not appear to be a licenced attorney. E&R Holdings purports to represent itself *pro se* by way of Raymond P. Morris. The Court notes that it has long been the law in the Tenth Circuit "that a corporation can appear in a court of record only by an attorney at law."[1] A corporation may not appear "through a non-attorney corporate officer appearing *pro se*."[2] Since E&R Holdings is a Corporation, it must be represented in this Court

---

[1] *Flora Const. Co. v. Fireman's Fund Ins. Co.*, 307 F.2d 413, 414 (10th Cir. 1962).

[2] *Harrison v. Wahatoyas, L.L.C.*, 253 F.3d 552, 556 (10th Cir. 2001).

1

by an attorney at law. Raymond P. Morris is not a licensed attorney, therefore he may not represent E&R Holdings in this case.

It is therefore

ORDERED that E&R Holdings appoint counsel to represent it in this matter within thirty (30) days of the issuance of this Order. It is further

ORDERED that E&R Holdings's Answer (25) is Lodged.

DATED April 5, 2011.

BY THE COURT:

Bruce S. Jenkins
United States District Judge

2